**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION**

MATTHEW DEAN DOYLE,

    Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS,
INC.,

    Defendant.

Case No: 4:17-cv-00109-TWP-DML

Honorable Judge Tanya W. Pratt

## ORDER OF DISMISSAL OF WITH PREJUDICE

Plaintiff, MATTHEW DEAN DOYLE ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court an Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this case should be dismissed with prejudice.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Date: 2/9/2018

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF